KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CYNTHIA STIER (CSBN 184752)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   10th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Facsimile:  (415) 436-6748

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>      )<br>  v. )<br>      )<br>DAVID MIN CHAN, )<br>      )<br>      Defendant. )<br>      )<br>      ) | Criminal No. CR-05-00504-SI<br><br>**PARTIES' STIPULATED REQUEST FOR ORDER DIRECTING CLERK TO ACCEPT RESTITUTION AND SETTLEMENT PAYMENTS PRIOR TO ENTRY OF JUDGMENT AND [Proposed] ORDER** |

     IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED by the parties to this action, that this Court enter an Order directing the Clerk of the Court to accept payments made by the Defendant, David Min Chan, pursuant to the terms of his Plea Agreement §§ 19-21, and the Settlement, Exhibit A to the Plea Agreement.

Stipulated Request to Accept Restitution Payments
CR-05-00504

1
2   The parties respectfully request that this Court direct the Clerk of Court to maintain all
3   payments made by the Defendant prior to entry of judgment, and that all such payments be
4   maintained pending further order by this Court.
5                                          Respectfully submitted,
6
7                                          KEVIN V. RYAN
                                           United States Attorney
8
    Dated:  October 14, 2005      By:      /s/ Cynthia Stier
9                                          CYNTHIA STIER
                                           Assistant United States Attorneys
10
                                           Attorneys for the United States of America
11
12
    Dated:  October 14, 2005               /s/ Stephen Freccero
13                                         STEPHEN P. FRECCERO
14                                         Counsel for Defendant David Min Chan
15
16
17
18                                       **ORDER**
19     PURSUANT TO THE STIPULATION OF THE PARTIES as set forth above, and for
20  good cause shown,
21     IT IS HEREBY ORDERED that the Clerk of Court is hereby directed to accept payments
22  made by Defendant, David Min Chan, prior to entry of judgment, and to maintain said funds
23  pending further order of this Court.
24
        10/14/05
25
26  Dated: _____
                                           SUSAN ILLSTON
27                                         United States District Judge

    [GRANTED stamp — Judge Susan Illston]

Stipulated Request to Accept Restitution Payments
CR-05-00504

Stipulated Request to Accept Restitution Payments
CR-05-00504