KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CYNTHIA STIER (CSBN 184752)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    10th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7000
    Facsimile:  (415) 436-6748

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>         )<br>       Plaintiff,    )<br>         )<br>    v.           )<br>         )<br>DAVID MIN CHAN,     )<br>         )<br>       Defendant.   )<br>         )<br>         )<br>         ) | Criminal No. CR-05-00504-SI<br><br>**PARTIES' STIPULATED REQUEST TO<br>CORRECT JUDGMENT AND<br>[Proposed] ORDER** |

    IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED by the parties to this

action, that this Court enter a corrected Judgment pursuant to Rule 35(a) of the Federal Rules of

Criminal Procedure to correct the mathematical error in the total amount of restitution set forth in

the Judgment.

///

///

///

///

///

*Parties Stipulated Request to Correct Judgment, CR 05-504-01*

The error appears on page 6, Criminal Monetary Penalties, in the total amount of restitution. The figure "$204,909.67" is in error. The parties stipulate and request that the Court enter an Amended Judgment correcting the total restitution figure to $319,473.97.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: ___December 20, 2005_____   By: __/s/ Cynthia Stier_____
CYNTHIA STIER
Assistant United States Attorneys

Attorneys for the United States of America

Dated: _December 20. 2005_          __/s/ Stephen Freccero_____
STEPHEN P. FRECCERO

Counsel for Defendant David Min Chan

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the Judgment is amended to correct the total restitution figure appearing on page 6 of the Judgment to $319,473.97.

Dated: _____

GRANTED
Judge Susan Illston

*Parties Stipulated Request to Correct Judgment, CR 05-504 SI*