IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MIN CHAN,

    Defendant.

No. C 05-00504 SI

**ORDER DISMISSING DEFENDANT'S MOTION TO ENFORCE SENTENCE**

On August 7, 2006, defendant David Min Chan filed a letter with this Court, requesting that the Court direct the Bureau of Prisons to place him in a halfway house, as this Court recommended when it issued its judgment. The Court treat's Chan's letter as a motion for enforcement of his sentence, which the Court must DISMISS for lack of jurisdiction.

    The Court must dismiss Chan's motion for two separate reasons. First, Chan's letter constitutes a challenge to the manner in which his sentence is being executed, which is not properly brought in his criminal case. Rather, the issue Chan raises must be brought as a civil action for a habeas petition under 28 U.S.C. § 2241. *See Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000) ([P]etitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 . . . ."). Further, because Chan is currently confined in Atwater, California, if he wishes to file a § 2241 petition he must do so in the District Court for the Eastern District of California. *Id.* at 865 ("[A] habeas petition filed pursuant to § 2241 must be heard in the custodial court . . . ."). Because Atwater falls within the geographical jurisdiction of the Eastern District, this Court lacks jurisdiction

to hear Chan's challenge to the execution of his sentence.

Accordingly, Chan's motion is DISMISSED for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: August 9, 2006

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

CHAN et al,

          Defendant.
_____/

Case Number: CR05-00504 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Min Chan
Reg. #93255-111
Federal Prison Camp Atwater
P.O. Box 19001
Atwater, CA 95301

Dated: August 10, 2006

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk